# **EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
KNOX, LLC d/b/a KNOX, LLC OF NEW YORK
and DJW ADVISORS, LLC,

                             Plaintiffs,

v.

CAPITAL L GROUP, LLC, JOHN R. LAKIAN,
DIANE W. LAMM, and JRL INVESTMENT GROUP, INC.,

                             Defendants.
-----------------------------------------------------------------X

**JUDGMENT**

Index No. 651880/12

      Plaintiffs Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC, having moved this Court for a default judgment by Notice of Motion, dated November 26, 2012, for an Order pursuant to CPLR § 3215 directing the entry of a default judgment in favor of the Plaintiffs and against the Defendant Capital L Group, LLC upon the grounds that the Defendant Capital L Group, LLC had failed to answer the Plaintiffs' Amended Verified Complaint or otherwise appear in this action and the time to do so had expired, and the motion having duly come to be heard before this Court on March 5, 2013, and this Court having rendered its Decision and Order dated July 22, 2013 on the Plaintiffs' motion referring the issue of damages to a Special Referee to hear and determine, and Lancelot B. Hewitt, Special Referee, having rendered his Decision and Order on December 23, 2013, which Decision and Order was filed and entered on January 2, 2014 by the New York County Clerk, and in accordance with the Decision and Order of the Special Referee;

      **IT APPEARING** to the satisfaction of this Court that the Plaintiff Knox, LLC d/b/a Knox, LLC of New York has established that it is entitled to a judgment in the sum of

$2,000,000 with statutory interest from February 7, 2011, as well as costs, expenses and attorneys' fees in the sum of $9,329.25, as prayed for and allowable by law as computed by the Clerk against the Defendant Capital L Group, LLC; and that the Plaintiff DJW Advisors, LLC has established that it is entitled to a judgment in the sum of $50,000 with statutory interest from February 4, 2011, as prayed for and allowable by law as computed by the Clerk against the Defendant Capital L Group, LLC, and it is hereby

ADJUDGED, that the Plaintiff Knox, LLC d/b/a Knox, LLC of New York, whose address is 1645 Village Center Circle, Ste 170, Las Vegas, Nevada 89134, have judgment and recover from the Defendant Capital L Group, LLC, whose address is 1355 Greenwood Cliff, Suite 250, Charlotte, North Carolina 28204, the principal sum of $2,000,000, together with interest thereon at the statutory rate of 9.0% per annum from February 7, 2011 to date as prayed for and allowable by law and as computed by the Clerk in the amount of $564,164.38, as well as costs, expenses and attorneys' fees in the sum of $9,329.25 plus costs and disbursements as taxed by the Clerk in the amount of $425, making the Plaintiff Knox, LLC d/b/a Knox, LLC of New York's total recovery $2,573,918.63 and the Plaintiff Knox, LLC d/b/a Knox, LLC of New York shall have execution thereof, and it is further

ADJUDGED, that the Plaintiff DJW Advisors, LLC, whose address is 134 Cedar Road, Wilton, Connecticut 06897, have judgment and recover from the Defendant Capital L Group, LLC, whose address is 1355 Greenwood Cliff, Suite 250, Charlotte, North Carolina 28204, the principal sum of $50,000, together with interest thereon at the statutory rate of 9.0% per annum

2

from February 4, 2011 to date as prayed for and allowable by law and as computed by the Clerk in the amount of $14,141.10 plus costs and disbursements as taxed by the Clerk in the amount of $425, making the Plaintiff DJW Advisors, LLC's total recovery $64,566.10 and the Plaintiff DJW Advisors, LLC shall have execution thereof.

X

Judgment entered this 27th day of March, 2014

_Norman Goodman_
Clerk of the Court

**FILED**

MAR 27 2014

COUNTY CLERK'S OFFICE
NEW YORK

3

T 156—Bill of Costs (with CPLR sections) Blank Court, 1-95

COPYRIGHT 1993 BY JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

KNOX, LLC d/b/a KNOX, LLC OF NEW YORK
and DJW ADVISORS, LLC,

        *against*    Plaintiff(s)

CAPITAL L GROUP, LLC, JOHN R. LAKIAN,
DIANE W. LAMM, and JRL INVESTMENT GROUP, INC.,

             Defendant(s)

Costs of PLAINTIFFS

Index No. 651880/12

| COSTS | $ |  |
|---|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200 | 00 |
| Costs after note of issue CPLR §8201 subd. 2 |  |  |
| Trial of issue CPLR §8201 subd. 3 | 300 | 00 |
| Allowance by statute CPLR §8302(a), (b) |  |  |
| Additional allowance CPLR §8302 (d) |  |  |
| Motion costs CPLR §8202 |  |  |
| Appeal to Appellate Term CPLR §8203 (b) |  |  |
| Appeal to Appellate Division CPLR §8203 (a) |  |  |
| Appeal to Court of Appeals CPLR §8204 |  |  |
| Costs upon frivolous claims and counterclaims CPLR §8303-a |  |  |

| DISBURSEMENTS | $ |  |
|---|---|---|
| Fee for index number CPLR §8018(a) | 210 | 00 |
| Referee's fees CPLR §8301(a)(1), 8003(a) |  |  |
| Commissioner's compensation CPLR §8301(a)(2) |  |  |
| Clerk's fee, filing notice of pend. or attach. CPLR §8021(a)(10) |  |  |
| Entering and docketing judgment CPLR §8301(a)(7), 8016(a)(2) |  |  |
| Paid for searches CPLR §8301(a)(10) |  |  |
| Affidavits & acknowledgments CPLR §8009 |  |  |
| Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) |  |  |
| Request for judicial intervention |  |  |
| Note of issue CPLR §8020(a) | 95 | 00 |
| Paid referee's report CPLR §8301(a)(12) |  |  |
| Certified copies of papers CPLR §8301(a)(4) |  |  |
| Satisfaction piece CPLR §5020(a), 8021 |  |  |
| Transcripts and filing CPLR §8021 |  |  |
| Certified copy of judgment CPLR §8021 |  |  |
| Postage CPLR §8301(a)(12) |  |  |
| Jury fee CPLR §8020(c) |  |  |
| Stenographers' fees CPLR §8002, 8301 |  |  |
| Sheriff's fees on execution CPLR §8011, 8012 |  |  |
| Sheriff's fees, attachment, arrest, etc. CPLR §8011 |  |  |
| Paid printing cases CPLR §8301(a)(6) |  |  |
| Clerk's fees Court of Appeals CPLR §8301(a)(12) |  |  |
| Paid copies of papers CPLR §8016(a)(4) |  |  |
| Motion expenses CPLR §8301(b) |  |  |
| Fees for publication CPLR §8301(a)(3) | 45 | 00 |
| Serving subpoena CPLR §8011(h)1, 8301(d) |  |  |
| Paid for Search CPLR §8301(a)(10) |  |  |
| Referee's report |  |  |
| Attendance of witnesses CPLR §8001(a)(b)(c), 8301(a)(1) |  |  |

I HEREBY CERTIFY THAT I HAVE ADJUSTED THIS BILL OF COSTS AT
$ 850.00

MAR 27 2014

*[signature]*
CLERK

| | | |
|---|---|---|
| COSTS | $ 500 | 00 |
| DISBURSEMENTS | 350 | 00 |
| TOTAL | $ 850 | 00 |

$ 350   00

STATE OF NEW YORK, COUNTY OF   NEW YORK              ss.:                                    ATTORNEY'S AFFIRMATION

The undersigned, an attorney admitted to practice in the courts of this state, affirms: that I am a member of the firm of COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP the attorney(s) of record for the Plaintiffs in the above entitled action; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid, necessarily traveled the number of miles so set opposite their names in travelling to, and the same distance in returning from, the same place of trial, hearing or examination; and that copies of documents or papers as charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: White Plains, New York
       March 26, 2014

[signature]

The name signed must be printed beneath

SCOTT M. SALANT
A Member of the Firm
COLLIER, HALPERN, NEWBERG, NOLLETTI
 & BOCK, LLP
One North Lexington Avenue
White Plains, New York  10601
(914) 684-6800

FILED
MAR 27 2014
COUNTY CLERK'S OFFICE
NEW YORK

---

Index No.

COURT

COUNTY OF

                    Plaintiff (s)

against

                    Defendant(s)

**Bill of Costs**
and Notice of ____ Taxation

Please Take Notice that the within is a true copy of the items of costs and disbursements in the within action taxed* _____ and that the same will be taxed* _____ by the Clerk of _____ M. Court, at his/her office in the courthouse thereof on _____ at _____ of that day—and the amount inserted in the judgment.

Yours, etc.

Attorney(s) for

To

Attorney(s) for

Service of the within bill of costs and notice of taxation is hereby admitted on

Attorney(s) for

* Strike out one (CPLR §§8402, 8403)

---

State of New York, County of                                     ss.:

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at

That on
deponent served the within bill of costs and notice of taxation on

attorney(s) for
herein, at his/her office at
during his/her absence from said office
strike out either (a) or (b)
(a) by then and there leaving a true copy of the same with
his/her clerk, partner, person having charge of said office.
(b) and said office being closed, by depositing a true copy of same, enclosed in a sealed wrapper directed to said attorney(s), in the office letter drop or box.

Sworn to before me on

---

State of New York, County of                                     ss.:

being duly sworn, deposes and says; that deponent is not a party to the action, is over 18 years of age and resides at

That on
deponent served the within bill of costs and notice of taxation on

attorney(s) for
at
the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in—a post office—official depository under the exclusive care and custody of the United States Postal Service within New York State.

Sworn to before me on

Index No. 651880   Year 2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

KNOX, LLC d/b/a KNOX, LLC OF
NEW YORK and DJW ADVISORS, LLC,

-against-                                    Plaintiffs,

CAPITAL L. GROUP, LLC, JOHN R. LAKIAN,
DIANE W. LAMM, and JRL INVESTMENT GROUP, INC.,

                                             Defendants

**JUDGMENT IN FAVOR OF PLAINTIFFS AGAINST DEFENDANT CAPITAL L GROUP, LLC**

COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP

Attorneys for    Plaintiffs

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, N.Y. 10601
(914) 684-6800

2-1

**FILED AND DOCKETED**
MAR 27 2014
AT 10:50 A M
N.Y., CO. CLK'S OFFICE

To:

Attorney(s) for

Service of a copy of the within

Dated:                                                                    is hereby admitted.

..................................................................................................

Attorney(s) for

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                    20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court,
at
on                            20        , at            M.

Dated

COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP
Attorneys for
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, N.Y. 10601

To: