IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

XL SPECIALTY INSURANCE,

                Plaintiff,              Case No. 14-CV-5225 (AT)

-against-

JOHN R. LAKIAN, DIANE W. LAMM and
KOBRE & KIM LLP,

                Defendants.

-----------------------------------------------------------X

## NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

       I am admitted to practice in this court, and I appear in this case as counsel for defendant, Kobre & Kim LLP in the above-captioned matter. Please enter my appearance as counsel.

Dated: July 30, 2014                Respectfully submitted,
                                                */s/ Edward J. Stein*
                                                Edward J. Stein (ES 8836)
                                                ANDERSON KILL P.C.
                                                1055 Washington Boulevard
                                                Stamford, CT  06901
                                                Telephone:  (203) 388-7945
                                                Facsimile:    (203) 388-0750
                                                E-Mail:  estein@andersonkill.com

                                                *Attorneys for Defendant*
                                                Kobre & Kim LLP

nydocs1-1035414.1