- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,, <br><br> Plaintiff, <br><br> v. <br><br> JOHN R. LAKIAN, DIANE W. LAMM, and KOBRE & KIM, LLP,, <br><br> Defendants. | Civil Action No. 14-cv-5225 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants John R. Lakian and Diane W. Lamm in the above-captioned matter and requests that you serve copies of all papers herein on the undersigned in that capacity.

            **McCARTER & ENGLISH, LLP**
            Attorneys for Defendants
            John R. Lakian and Diane W. Lamm


          By: ___*s/Richard A. Beran*_____
             Richard A. Beran

Dated:   July 30, 2014