July 30, 2014

VIA ECF

Honorable Analisa Torres, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  XL Specialty Insurance Company v. John R. Lakian, Diane W. Lamm and Kobre & Kim LLP
Civil Action No. 14-CV-5225

Dear Judge Torres:

We represent defendants John R. Lakian and Diane W. Lamm in the above-referenced case.

We write to seek a one week extension of time in which to respond to the letter request regarding proposed intervenors, Knox, LLC d/b/a Knox, LLC of New York ("Knox") and DJW Advisors, LLC ("DJW") for a pre-motion conference.  We have not previously sought an extension of time to respond to the letter request.  Counsel for Knox and DJW has consented to our request.

Accordingly, we ask Your Honor's permission to file a response no later than Wednesday, August 6, 2014.

Respectfully submitted,

*/s/ Richard A. Beran*

Richard A. Beran

RAB:rmb

cc:  Honorable Analisa Torres, U.S.D.J. (torres_nysdchambers@nysd.uscourts.gov)
Philip M. Halpern, Esq. (phalpern@chnnb.com)
Howard S. Bonfield, Esq. (hbonfield@chnnb.com)
John H. Eickemeyer, Esq. (jeickemeyer@vedderprice.com)
Jonathan Wexler, Esq. (jwexler@vedderprice.com)
David H. Topol, Esq. (dtopol@wileyrein.com)
Leland H. Jones, IV, Esq. (lhjones@wileyrein.com)
Edward Stein, Esq. (estein@andersonkill.com)

Richard A. Beran
Partner
T. 973-639-7965
F. 973-297-3951
rberan@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON

ME1 18615235v.1