- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY,, | : | Civil Action No. 14-cv-5225 |
| Plaintiff, | : | |
| v. | : | |
| JOHN R. LAKIAN, DIANE W. LAMM, and KOBRE & KIM, LLP,, | : | **NOTICE OF APPEARANCE** |
| Defendants. | : | |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants John R. Lakian and Diane W. Lamm in the above-captioned matter and requests that you serve copies of all papers herein on the undersigned in that capacity.

        **McCARTER & ENGLISH, LLP**
        Attorneys for Defendants
        John R. Lakian and Diane W. Lamm


        By: __*s/Brian J. Osias*_____
            Brian J. Osias

Dated:   August 4, 2014