ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510 ■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

*By ECF and E-Mail*

September 22, 2014

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: XL Specialty Ins. Co. v. John Lakian, *et al.*, 14-CV-5225(AT)**

Dear Judge Torres:

We represent Defendant Kobre & Kim LLP in this interpleader action and write to request a brief extension of the deadline to respond to the complaint, to which Plaintiff XL Specialty Insurance Company has consented. Our response is presently due on Monday, September 29, 2014, and we respectfully request that the deadline be extended to October 20, 2014.

This is our first request for an extension, and as noted above, Plaintiff XL Specialty consents to this request.

Respectfully submitted,

Edward J. Stein