Eric R. Levine
Eric P. Heichel
Kiah Beverly-Graham
EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.
805 Third Avenue
New York, NY 10022
212-752-1000
*Counsel for Proposed Intervenor Eiseman*
*Levine Lehrhaupt & Kakoyiannis, P.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
XL SPECIALTY INSURANCE COMPANY,                              :
                                                             :
                    Plaintiff,                               :   Case No. 14-Civ.-5225 (AT)
                                                             :
    -against-                                                :   **ECF CASE**
                                                             :
JOHN R. LAKIAN, DIANE W. LAMM, &                             :
KOBRE & KIM LLP,                                             :
                                                             :
                    Defendants.                              :
-------------------------------------------------------------x

**PROPOSED INTERVENOR EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.'S OPPOSITION TO KNOX, LLC d/b/a KNOX, LLC
OF NEW YORK AND DJW ADVISORS, LLC'S MOTION TO INTERVENE**

Proposed Intervenor Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. ("ELLK") submits this Opposition to the Motion to Intervene in this action, dated September 8, 2014, filed by Knox, LLC d/b/a Knox, LLC of New York ("Knox") and DJW Advisors, LLC ("DJW") (D.E. 26).

ELLK hereby incorporates by reference and joins in full in the Memorandum of Law in Opposition to Knox and DJW's Motion to Intervene, dated September 22, 2014, submitted by defendant Kobre & Kim LLP ("K&K") (D.E. 36). ELLK wholly supports the points of law

made in K&K's papers and the relief requested therein.  Accordingly, ELLK respectfully requests the Court deny Knox and DJW's motion to intervene.

Dated: New York, New York
September 22, 2014

EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.


By:___/s/ Eric R. Levine_____
Eric R. Levine
(elevine@eisemanlevine.com)
Eric P. Heichel
(eheichel@eisemanlevine.com)
Kiah Beverly-Graham
(kbeverly-graham@eisemanlevine.com)

805 Third Avenue
New York, NY 10022
212-752-1000
*Counsel for Proposed Intervenor Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.*