UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
XL SPECIALTY INSURANCE COMPANY,

               Plaintiff,                      Case No. 14-cv-5225-ANT

      - against -

JOHN R. LAKIAN, DIANE W. LAMM, &
KOBRE & KIM LLP

               Defendants.
------------------------------------------------- x

## DECLARATION OF GREG HANSEN

Pursuant to 28 U.S.C. § 1746, Greg Hansen declares under penalty of perjury that the following statements are true and correct:

1.    I currently am employed as Claims Counsel by XL Professional-Hartford, claims manager for XL Specialty Insurance Company ("XL").

2.    This Declaration is based on my personal knowledge and on documents maintained by XL in the ordinary course of its insurance business.

3.    XL issued Financial Services Liability Policy Number ELU123603-11 (the "Policy") to Capital L Group, LLC ("Capital L") for the Policy Period from November 1, 2011 to November 1, 2012. A true and correct copy of the XL Policy is attached as Exhibit 1 to this declaration.

4.    On January 3, 2013, counsel for XL sent a letter to Allyson Benda, Capital L's insurance broker, concerning the motion for default judgment filed against Capital L in the Knox Action. A true and correct copy of the January 3, 2013 letter is attached as Exhibit 2 to this declaration.

5. To my knowledge, XL never received a response to the January 3, 2013 letter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Greg Hansen


Executed this __22__ day of September 2014