UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,           :         ECF FILING

                                Plaintiff,           :         14 Civ. 5225 (AT)

                          - v. -                               :

JOHN R. LAKIAN, DIANE W. LAMM and KOBRE &      :
KIM LLP,
                                                                    :

                         Defendants.

                                                                    :
-------------------------------------------------------------------------x

## PROPOSED INTERVENOR BRIEF CARMEN & KLEIMAN, LLP'S OPPOSITION TO MOTION TO INTERVENE OF KNOX, LLC d/b/a KNOX, LLC OF NEW YORK AND DJW ADVISORS, LLC

Proposed Intervenor Brief Carmen & Kleiman, LLP ("BCK") hereby submits this opposition to the Motion to Intervene of Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC (the "Knox Motion").

We have reviewed the Memorandum of Law submitted by McCarter & English, LLP, attorneys for John R. Lakian and Diane W. Lamm in opposition to the Knox Motion (Dkt. #41). We join in opposing the Knox motion for the reasons stated in that Memorandum of Law, and respectfully request that the Knox Motion be denied in all respects.

Dated: New York, New York
         September 22, 2014

                                           **BRIEF CARMEN & KLEIMAN, LLP**
                                           *Attorneys for Proposed Intervenor*
                                           *Brief Carmen & Kleiman, LLP*

                                           By: /s/ Richard E. Carmen
                                              **Richard E. Carmen, Esq. (REC 6906)**
                                              805 Third Avenue, 12th Floor
                                              New York, NY  10022
                                              (212) 758-6160 or (212) 832-5570