# COLLIER, HALPERN, NEWBERG, NOLLETTI & BOCK, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 684-6800
FAX (914) 684-6986
http://www.chnnb.com

PHILIP M. HALPERN (ALSO CT)
DAVID A. NEWBERG
HARRY J. NICOLAY, JR. (ALSO NJ)
JAMES J. NOLLETTI †
SCOTT M. SALANT (ALSO MA)

† Fellow, American Academy of Matrimonial Lawyers

HOWARD S. BONFIELD (ALSO NJ)
EFREM Z. FISCHER (ALSO NJ)
ANDREW H. FRIED
EILEEN GONG (ALSO CA)
SHARI B. HOCHBERG (ALSO NJ)
ALEXANDRA M. MAXWELL (ALSO CT)

WALLACE BOCK
WILLIAM J. COLLIER, JR. (ALSO CT)
   SENIOR COUNSEL

HON. PETER P. ROSATO (ret.)
LEWIS W. SIEGEL
   COUNSEL

NEW YORK OFFICE:
630 THIRD AVENUE - 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 431-1300
FAX: (212) 696-4064

CONNECTICUT OFFICE:
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 348-5255

PAUL J. MONSELL (1948-1993)
DONALD L. WALLACE (1925-2002)

September 23, 2014

**VIA ELECTRONIC FILING AND EMAIL**
The Honorable Analisa Torres
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York 10007

Re: **XL Specialty Insurance Company v. John R. Lakian, Diane W. Lamm, & Kobre & Kim LLP (S.D.N.Y.) (14-CV-5225)**

Dear Judge Torres:

We represent Proposed Intervenors Knox, LLC d/b/a Knox, LLC of New York ("Knox") and DJW Advisors, LLC ("DJW"), both of which seek intervention as of right in the above-referenced interpleader action pursuant to Fed. R. Civ. P. 24(a) or, in the alternative, permissive intervention pursuant to Fed. R. Civ. P. 24(b). We are writing to request a brief one-week extension of the deadline to submit reply papers in support of Knox/DJW's motion to intervene, as five different parties (including the Plaintiff, two Defendants, and two Proposed Intervenors) have filed opposition to the motion, and the additional time will assist in preparation of the reply to all such submissions. Knox/DJW's reply is presently due on Monday, September 29, 2014, and we respectfully request that the deadline be extended to Monday, October 6, 2014. Please be advised that this is our first request for an extension.

Respectfully submitted,

Philip M. Halpern