

September 24, 2014

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:  *XL Specialty Insurance Company v. Lakian, et al.*
     Civil Action No. 14-cv-5225

Dear Judge Torres:

As your Honor is aware, we represent John Lakian and Diane Lamm in the above captioned matter.  We write to request a brief extension of the time to respond to the complaint.  Our response is presently due on Monday, September 29, 2014, and we respectfully request the deadline be extended to October 20, 2014. Plaintiff XL Specialty Insurance Company consents to this extension. It is our understanding that Defendant Kobre & Kim LLP has requested the same extension and also has XL's consent.

This is our first request for an extension, and as noted above, XL consents to this request.

Respectfully submitted,

/s Brian J. Osias

Brian J. Osias

BJO/jm
Enclosure

Brian J. Osias
Partner
T. 973-639-6956
F. 973-297-3904
bosias@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON