Marc D. Youngelson, Esq.
COSNER YOUNGELSON
197 Route 18, Ste 104
East Brunswick, NJ 08816
(732) 937-8000
(732) 937-5439
Email: marc@cosnerlaw.com
Attorneys for Proposed Intervenor
Merrill Communications LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XL SPECIALTY INSURANCE COMPANY,

    Plaintiff,

-against –

JOHN R. LAKIAN, DIANE W. LAMM, &
KOBRE & KIM LLP,

    Defendants.

Case No. 1:14-cv-05225-AT

ECF Case

---

### PROPOSED INTERVENOR MERRILL COMMUNICATIONS LLC's OPPOSITION TO KNOX, LLC d/b/a KNOX, LLC OF NEW YORK AND DJW ADVISORS, LLC's MOTION TO INTERVENE

Proposed Intervenor Merrill Communications LLC ("Merrill") hereby submits this opposition to the Motion to Intervene of Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC (the "Knox Motion") (ECF No. 26).

Merrill hereby incorporates by reference and joins in full in (1) the Memorandum of Law in Opposition to Knox and DJW's Motion to Intervene submitted by defendant Kobre & Kim, LLP on or about September 22, 2014 (ECF No. 36), and (2) the Memorandum of Law in Opposition to Knox and DJW's Motion to Intervene submitted by defendants John Lakian and

Diane Lamm on or about September 22, 2014, (ECF No. 41). For the reasons set forth in the foregoing Memorandums of Law, Merrill respectfully requests that the Knox Motion be denied in its entirety.

Dated: October 10, 2014

                                      COSNER YOUNGELSON

                                      By:   /s/ Marc D. Youngelson
                                              Marc D. Youngelson, Esq.
                                              Marc@cosnerlaw.com
                                              197 Route 18, Ste 104
                                              East Brunswick, NJ 08816
                                              Attorneys for Proposed Intervenor
                                              Merrill Communications LLC

TO: All Counsel of Record (via ecf)