# ANDERSON KILL P.C.

Attorneys and Counsellors at Law

1055 WASHINGTON BOULEVARD, SUITE 510■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

*By ECF & Email*

October 10, 2014

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:   XL Specialty Ins. Co. v. John Lakian, *et al.*, 14-CV-5225(AT)**

Dear Judge Torres:

We represent Defendant Kobre & Kim LLP in this interpleader action and write to request an extension of the deadline to respond to the complaint. This is our second request for an extension. Our response was originally due on Monday, September 29, 2014, and the Court granted Kobre & Kim LLP an extension through October 20, 2014.

We respectfully request that the Court grant another extension and adjourn Kobre & Kim LLP's time to respond to the complaint until two weeks after the pending motions to intervene are resolved. The parties to this action and proposed intervenors Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. and Brief Carmen & Kleiman, LLP have engaged in extensive settlement discussions in an attempt to reach a resolution regarding the allocation and distribution of the interpleaded funds.[1] As noted in the brief filed by defendants John Lakian and Dianne Lamm in opposition to Knox LLC and DJW Advisor LLC's motion to intervene (Docket Entry 41 at 1, 15), we believe that this action will be resolved by settlement and without further intervention by the Court in the event that Knox LLC and DJW Advisors LLC's pending motion to intervene is denied.

---

[1]   Proposed intervenor Merrill Communications LLC has not directly participated in the settlement discussions; however, we expect that a settlement would resolve their claimed interest in the interpleaded funds as well.

The Honorable Analisa Torres
October 10, 2014
Page 2

      Counsel for Plaintiff XL Specialty Insurance Company has informed me that Plaintiff consents to this request.

                                        Respectfully submitted,

                                        Edward J. Stein

cc: All Counsel of Record (via ECF)