

# McCARTER & ENGLISH
ATTORNEYS AT LAW

**Brian J. Osias**
Partner
T. 973-639-6956
F. 973-297-3904
bosias@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

EAST BRUNSWICK

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON

October 14, 2014

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *XL Specialty Insurance Company v. Lakian, et al.*
Civil Action No. 14-cv-5225

Dear Judge Torres:

As your Honor is aware, we represent John Lakian and Diane Lamm in the above captioned matter. We write to respectfully request that this Court grant a second extension and adjourn Mr. Lakian and Ms. Lamm's time to answer the complaint until two weeks after the resolution of the pending motions to intervene. Our answer was originally due on Monday, September 29, 2014 and the Court granted an extension until Monday, October 20, 2014.

Given the pending motions to intervene and the potential of settlement between the present parties and proposed intervenors Eiseman, Levine, Lehrhaupt, Kakoyiannis P.C. and Brief, Carmken & Kleiman LLP, an adjournment of the present deadline may reserve judicial resources. Plaintiff XL Specialty Insurance Company consents to this extension. It is our understanding that Defendant Kobre & Kim LLP has requested the same extension and also has XL's consent.

Respectfully submitted,

/s Brian J. Osias

Brian J. Osias

BJO/jm