UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- vs -<br><br>JOHN R. LAKIAN, DIANE W. LAMM & KOBRE & KIM, LLP,<br><br>Defendants. | ECF Case<br>14 Civ. 5225 (ANT) |

## MOTION BY JOHN R. LAKIAN AND DIANE W. LAMM FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION TO THE MOTION TO INTERVENE BY KNOX, LLC D/B/A KNOX, LLC OF NEW YORK AND DJW ADVISORS, LLC

**PLEASE TAKE NOTICE** that the undersigned, attorneys for defendants John R. Lakian ("Lakian") and Diane W. Lamm ("Lamm"), shall move before the Honorable Analisa Torres, U.S.D.J., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, on a date and time to be determined by the Court, for leave to file a sur-reply in further opposition to the Motion to Intervene by Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Lakian and Lamm shall rely on their Memorandum and Exhibit filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that Lakian and Lamm request oral argument if opposed.

By: /s/ *Brian J. Osias*
Brian J. Osias
**McCARTER & ENGLISH, LLP**
4 Gateway Center
100 Mulberry Street

ME1 19094708v.1

                                          Newark, NJ 07102
                                          Phone: 973.622.4444
                                          Fax: 973.297.3995
                                          E-mail: Bosias@mccarter.com
                                          *Attorneys for Defendants*
                                          *John R. Lakian and Diane W. Lamm*

DATED: October 20, 2014

ME1 19094708v.1