UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>- vs -<br><br>JOHN R. LAKIAN, DIANE W. LAMM & KOBRE & KIM, LLP,<br><br>　　　　　　　　　Defendants. | ECF Case<br>14 Civ. 5225 (ANT) |

## PROPOSED ORDER GRANTING JOHN R. LAKIAN AND DIANE W. LAMM'S MOTION FOR LEAVE TO FILE A SUR-REPLY

**ANALISA TORRES, U.S.D.J.**

　　This matter coming before the Court on the Motion of Defendants John R. Lakian and Diane W. Lamm for Leave to File A Sur-Reply in Further Opposition to the Motion to Intervene by Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC, and the Court having considered the motion, is so GRANTED.

　　**IT IS HEREBY ORDERED** Defendants John R. Lakian and Diane W. Lamm shall file the sur-reply in _____ days via the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANALISA TORRES, U.S.D.J.
　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT COURT OF NEW YORK

Dated: New York, New York
　　　　October ___, 2014

ME1 19076001v.1