UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
XL SPECIALTY INSURANCE COMPANY,

      Plaintiff,      Case No. 14-cv-5225-ANT

   - against -       **XL SPECIALTY INSURANCE COMPANY'S RESPONSE TO MOTION TO INTERVENE BY MERRILL COMMUNICATIONS LLC**

JOHN R. LAKIAN, DIANE W. LAMM, &
KOBRE & KIM LLP

      Defendants.
------------------------------------------------------ x

  Interpleader Plaintiff XL Specialty Insurance Company ("XL Specialty") files this response to the motion to intervene filed by proposed intervenor Merrill Communications LLC ("Merrill") (Doc. No. 51).

  XL Specialty hereby incorporates by reference XL Specialty Insurance Company's Response to Motions to Intervene by Eiseman Levine, Knox Claimants, and Brief Carmen (Doc. No. 37). Similar to the other proposed intervenors, XL Specialty agrees that Merrill's motion to intervene should be granted, so it will be bound by the Court's discharge of XL Specialty and the Court's injunction of proceedings against XL Specialty related to the Proceeds. However, by agreeing that Merill's motion to intervene should be granted, XL Specialty is not suggesting that Merrill has any right to the Proceeds.

-2-

                                            Respectfully Submitted,

October 24, 2014

                              By:    <u>s/ Jonathan Wexler</u>
                                          John H. Eickemeyer, Esq. (JE8302)
                                          jeickemeyer@vedderprice.com
                                          Jonathan Wexler, Esq. (JW5587)
                                          jwexler@vedderprice.com
                                          Vedder Price
                                          1633 Broadway, 47th Floor
                                          New York, New York  10019
                                          T: (212) 407 7760
                                          F: (212) 407 7799

Of counsel:
David H. Topol
Leland H. Jones IV
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
202.719.7000