**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **XL SPECIALTY INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>**- vs -**<br><br>**JOHN R. LAKIAN, DIANE W. LAMM & KOBRE & KIM, LLP,**<br><br>Defendants. | **ECF Case**<br>14 Civ. 5225 (ANT) |

**JOHN R. LAKIAN AND DIANE W. LAMM'S RESPONSE TO MOTION TO**
**INTERVENE BY MERRILL COMMUNICATIONS, LLC**

Defendants John R. Lakian ("Lakian") and Diane W. Lamm ("Lamm") file this response to the motion to intervene filed by proposed intervenor Merrill Communications LLC ("Merrill") (Doc. No. 51). Lakian and Lamm do not oppose Merrill's intervention in this matter. However, they do not concede that Merrill has any rights under the Policy. Lakian and Lamm reserve all rights to challenge Merrill's claims to the Policy proceeds in the event this Court permits Merrill to intervene.

By:   */s/ Brian J. Osias*
Brian J. Osias
**McCARTER & ENGLISH, LLP**
4 Gateway Center
100 Mulberry Street
Newark, NJ 07102
Phone: 973.622.4444
Fax: 973.297.3995
E-mail: Bosias@mccarter.com
*Attorneys for Defendants*
*John R. Lakian and Diane W. Lamm*

DATED: October 24, 2014

ME1 19120136v.1