

**Brian J. Osias**
Partner
T. 973-639-6956
F. 973-297-3904
bosias@mccarter.com

January 23, 2015

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/15
```

Re:  *XL Specialty Insurance Company v. Lakian, et al.*
     Civil Action No. 14-cv-5225

Dear Judge Torres:

We represent John Lakian and Diane Lamm in the above captioned matter.  We write to respectfully request that this Court grant another extension of time for the parties to answer the complaint until February 12, 2015.  Currently, the deadline to answer is January 29, 2015.

We respectfully request this additional extension to provide the parties more time to determine whether a global resolution may be possible.  Plaintiff, XL, consents to this extension, and it is my understanding that no party opposes.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

Respectfully submitted,

/s Brian J. Osias

Brian J. Osias

BJO/jm

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

GRANTED.  The parties shall answer the complaint by **February 12, 2015**.

SO ORDERED.

Dated: January 28, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge