Eric R. Levine
Eric P. Heichel
Kiah Beverly-Graham
EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.
805 Third Avenue
New York, NY 10022
212-752-1000
*Counsel for Defendant Eiseman*
*Levine Lehrhaupt & Kakoyiannis, P.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| XL SPECIALTY INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | Case No. 14-Civ.-5225 (AT) |
| | : | |
| -against- | : | |
| | : | **ECF Case** |
| JOHN R. LAKIAN, DIANE W. LAMM, | : | |
| KOBRE & KIM LLP, *ET AL.* | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. hereby states that there is no corporation which is its parent or which owns 10% or more of its stock.

Dated: New York, New York
February 10, 2015

                                               EISEMAN LEVINE LEHRHAUPT
                                               & KAKOYIANNIS, P.C.

                                        By:    /s/ Eric R. Levine_____
                                                  Eric R. Levine
                                                  (elevine@eisemanlevine.com)
                                                  Eric P. Heichel
                                                  (eheichel@eisemanlevine.com)
                                                  Kiah Beverly-Graham
                                                  (kbeverly-graham@eisemanlevine.com)
                                        805 Third Avenue
                                        New York, NY 10022
                                        212-752-1000
                                        *Counsel for Defendant Eiseman*
                                        *Levine Lehrhaupt & Kakoyiannis, P.C.*