# ANDERSON KILL P.C.

Attorneys and Counsellors at Law

1055 WASHINGTON BOULEVARD, SUITE 510■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

**VIA ECF & EMAIL**                                                February 11, 2015

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE:   **XL Specialty Ins. Co. v. John Lakian**, *et al.*, **14-CV-5225(AT)**

Dear Judge Torres:

   We represent Defendant Kobre & Kim LLP in this interpleader action and write in response to the letter submitted by Defendants John Lakian and Diane Lamm this morning regarding a third request for an extension of time to answer the Interpleader Complaint. Mr. Lakian and Ms. Lamm assert in their letter, as they have in prior filings with this Court, that the "parties continue to work towards resolution." (Osias Feb. 11 Ltr.; *see also* Lakian & Lamm's Opp. to Knox/DJW's Mot. to Intervene at 15 ("[The parties] have been actively discussing a resolution of this action, which will likely occur should the Court deny Knox/DJW's application.") However, Mr. Lakian and Ms. Lamm have refused to engage in settlement discussions with Kobre & Kim LLP or any of the intervening defendants since October 2014.

   Accordingly, Kobre & Kim LLP plans to file its answer on February 12, 2015 and objects to any further extensions of the deadline for the remaining defendants.

                                                Respectfully submitted,

                                                /s/ *Edward J. Stein*

                                                Edward J. Stein

1044839.1