Marc D. Youngelson, Esq.
COSNER YOUNGELSON
197 Route 18, Ste 104
East Brunswick, NJ 08816
(732) 937-8000
(732) 937-5439
Email: marc@cosnerlaw.com
Attorneys for Intervenor
Merrill Communications LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

        Plaintiff,

   -against –

JOHN R. LAKIAN, DIANE W. LAMM, &
KOBRE & KIM LLP,

        Defendants.

Case No. 1:14-cv-05225-AT

ECF Case

Rule 7.1 Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Merrill Communications LLC ("Merrill"), through its undersigned counsel, hereby states [must identify any parent corporation and any publicly held corporation owning 10% or more of its stock].

Dated: February 10, 2015

                          COSNER YOUNGELSON

             By:   /s/ Marc D. Youngelson
                  Marc D. Youngelson, Esq.
                  Marc@cosnerlaw.com
                  197 Route 18, Ste 104
                  East Brunswick, NJ 08816
                  Attorneys for Intervenor
                  Merrill Communications LLC

TO: All Counsel of Record (via ecf)