UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

      v.

JOHN R. LAKIAN, DIANE W. LAMM, &
KOBRE & KIM LLP,

                Defendants.
-------------------------------------------------------------------X
KOBRE & KIM LLP,

                Counterclaim Plaintiff,

      v.

XL SPECIALTY INSURANCE COMPANY,

                Counterclaim Defendant.
-------------------------------------------------------------------X

Case No. 14-CV-5225 (AT)

## **RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Kobre & Kim LLP hereby states that there is no corporation which is its parent or which owns ten percent or more of its stock.

Dated: February 12, 2015                ANDERSON KILL P.C.

                                                  By:
                                                    /s/ Edward J. Stein
                                                    Edward J. Stein, Esq.
                                                    1251 Avenue of the Americas
                                                    New York, New York 10020
                                                    Telephone: (212) 278-1000
                                                    Facsimile: (212) 278-1733
                                                    Attorneys for Kobre & Kim, LLP

1044862.1