UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XL SPECIALTY INSURANCE COMPANY,        :        ECF FILING

                         Plaintiff,        :        14 Civ. 5225 (AT)

            - v. -        :

JOHN R. LAKIAN, DIANE W. LAMM and KOBRE &        :        **RULE 7.1 STATEMENT**
KIM LLP,
                        Defendants.        :
------------------------------------------------------------------X

Defendant Brief Carmen & Kleiman, LLP ("BCK"), hereby states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that there is no corporation which is BCK's parent or which owns 10% or more of its stock.

Dated: New York, New York
         February 12, 2015

                                        **BRIEF CARMEN & KLEIMAN, LLP**

                                        By: /s/ Richard E. Carmen
                                            **Richard E. Carmen, Esq. (REC 6906)**
                                            805 Third Avenue, 12th Floor
                                            New York, NY  10022
                                            (212) 758-6160