UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
XL SPECIALTY INSURANCE COMPANY,

          Plaintiff,                                          **NOTICE OF APPEAL**

    -against-

JOHN R. LAKIAN, DIANE W. LAMM &               14 Civ. 5225 (AT)
KOBRE & KIM, LLP,

          Defendants.
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Proposed Intervenors Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC (collectively, the "Proposed Intervenors") hereby appeal to the United States Court of Appeals for the Second Circuit, from ECF Document 68, the Memorandum And Order, docketed and entered on January 15, 2015, of the Honorable Analisa Torres. This appeal is taken from each and every part of said Memorandum And Order as well as from the whole thereof, and includes any orders incorporated in or incidental to the entry of said Memorandum And Order.

Dated: White Plains, New York
         February 17, 2015

                                                        **COLLIER, HALPERN,
NEWBERG & NOLLETTI, LLP**

                                                        *Attorneys for Proposed Intervenors
Knox, LLC d/b/a Knox, LLC of
New York and DJW Advisors, LLC*

                                                        By:  /s/ Philip M. Halpern
                                                              Philip M. Halpern (PH 2658)
                                                              A Member of the Firm
                                                               One North Lexington Avenue
                                                               White Plains, New York 10601
                                                               (914) 684-6800