# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1055 WASHINGTON BOULEVARD, SUITE 510 ■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

*VIA ECF*

March 20, 2015

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **XL Specialty Ins. Co. v. John Lakian,** *et al.*, **14-CV-5225(AT)**

Dear Judge Torres:

We represent Kobre & Kim LLP in this interpleader action and write on behalf of Plaintiff XL Specialty Insurance Company; Defendants John R. Lakian, Diane W. Lamm, and Kobre & Kim LLP; and Intervening Defendants Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., Brief Carmen & Kleiman, LLP and Merrill Communications, LLC (collectively, the "Parties") to supplement the Settlement Agreement filed on behalf of all Parties on March 19, 2015 (ECF Document No. 87), with the following additional submissions:

(1) Joint Motion to Disburse Funds and Enter Final Judgment; and

(2) Proposed Order and Final Judgment.

The Parties all consent to and join in this submission.

Respectfully submitted,

*[signature]*

Edward J. Stein

EJS:lak
cc:  All Counsel of Record (via ECF)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA ■ Dallas, TX
1046791.1