IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
XL SPECIALTY INSURANCE COMPANY,

    Plaintiff,          Case No. 14-CV-5225 (AT)

 -against-

JOHN R. LAKIAN, DIANE W. LAMM and
KOBRE & KIM LLP,

    Defendants

 -and-
EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C., BRIEF CARMEN &
KLEIMAN, LLP and MERRILL
COMMUNICATIONS, LLC

    Intervening Defendants
------------------------------------------------------------X
KOBRE & KIM LLP,

    Counterclaim Plaintiff,

 -against-

XL SPECIALTY INSURANCE COMPANY,

    Counterclaim Defendant.
------------------------------------------------------------X

## JOINT MOTION TO DISBURSE FUNDS AND ENTER FINAL JUDGMENT

The Plaintiff, the Defendants, and the Intervening Defendants file this Joint Motion seeking the Court's approval of the Settlement Agreement, attached as Exhibit A, to disburse the

funds deposited with the Court in this interpleader action according to the terms of the Settlement Agreement and a final judgment: 1) discharging the Plaintiff, XL Specialty Insurance Company ("XL Specialty"), from any further liability to any person or entity with respect to the proceeds of the insurance policy at issue in this action (the "Policy"); 2) adjudicating the Defendants' and Intervening Defendants' respective rights and obligations with respect to the proceeds deposited with the Court pursuant to the terms of the Settlement Agreement; and 3) permanently enjoining any person from instituting or prosecuting any action against XL Specialty, the Defendants, or the Intervening Defendants in any court with respect to the proceeds of the Policy.

Respectfully submitted,

/s/ John H. Eickemeyer
John H. Eickemeyer, Esq.
jeickemeyer@vedderprice.com
Jonathan Wexler, Esq.
jwexler@vedderprice.com
VEDDER PRICE
1633 Broadway, 47th Floor
New York, New York 10019
Telephone: (212) 407-7760
Facsimile: (212) 407-7799

Of counsel:
David H. Topol
Cara Tseng Duffield
Leland H. Jones IV
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7000

/s/ Brian J. Osias
Brian J. Osias, Esq.
bosias@mccarter.com
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070

*Counsel for John R. Lakian & Diane W. Lamm*

/s/ Edward J. Stein
Edward J. Stein, Esq. (ES 8836)
estein@andersonkill.com
ANDERSON KILL P.C.
1055 Washington Boulevard
Stamford, CT 06901
Telephone: (203) 388-7945
Facsimile: (203) 388-0750
*Counsel for Kobre & Kim LLP*

*Counsel for XL Specialty Insurance Company*

/s/ Eric R. Levine
Eric R. Levine, Esq.
ELevine@eisemanlevine.com
EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.
805 Third Avenue
New York, New York 10022
Telephone: (212) 752-1000
Facsimile: (212) 355-4608

/s/ Richard E. Carmen
Richard E. Carmen, Esq.
rec@briefjustice.com
BRIEF CARMEN & KLEIMAN LLP
805 Third Avenue
New York, New York 10022
Telephone: (212) 758-6160
Facsimile: (212) 832-1747

/s/ Marc D. Youngelson
Marc D. Youngelson
marc@cosnerlaw.com
COSNER YOUNGELSON
197 Route 18, Ste. 104
East Brunswick, NJ 08816
Telephone: (732) 937-8000
Facsimile: (732)937-5439

*Counsel for Merrill Communications LLC*