# COSNER YOUNGELSON
## COUNSELLORS AT LAW

Alan G. Cosner
Staci A. Cosner*
Marc D. Youngelson*
Rebecca A. Hand*
Jillian E. Madison
Rachelle H. Milstein*✝
✝ Of Counsel

*Admitted NJ & NY

197 Highway 18, Suite 104
East Brunswick, NJ 08816
Phone: 732-937-8000
Fax: 732-937-5439
cosner@cosnerlaw.com
www.cosnerlaw.com

File No. M2994

March 30, 2015

**Via ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: XL Specialty Insurance Company v. John R. Lakian, Diane W. Lamm
     & Kobre Kim LLP
     (S.D.N.Y.) (14-CV-5225)

Dear Judge Torres:

We represent intervenor-defendant Merrill Communications LLC ("Merrill") in the above-referenced action. We write in opposition to the March 20, 2015 letter application from Knox, LLC ("Knox") and DJW Advisors, LLC ("DJW") requesting a stay. For the reasons set forth in the March 25, 2015 letter from defendants Lakian and Lamm, Merrill respectfully requests that the Court deny the Knox/DJW request for a stay. Thank you.

Respectfully submitted,

Marc D. Youngelson

MDY/sb
cc: All counsel of record (via ecf)