# ANDERSON KILL P.C.

Attorneys and Counsellors at Law

1055 WASHINGTON BOULEVARD, SUITE 510■ STAMFORD, CT 06901
TELEPHONE: 203-388-7950 ■ FAX: 203-388-0750
www.andersonkill.com

Edward J. Stein, Esq.
Estein@andersonkill.com
203-388-7945

**VIA ECF (and courtesy copy by email)**                         April 3, 2015

Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/15
```

Re:   **XL Specialty Insurance Company v. Lakian, et al.**
       Case No. 14-cv-5225

Dear Judge Torres:

We represent Kobre & Kim, LLP ("K&K"), a defendant and counterclaim-plaintiff in the above-referenced case. In light of the settlement agreement among the parties, which has been submitted for the Court's approval and order to disburse the interpleaded funds (see Docket Nos. 87-89), we write to request the extension of certain deadlines.

The deadlines in question relate to K&K's counterclaims against plaintiff and counterclaim-defendant XL Specialty Insurance Company ("XL"), served on February 12, 2015. XL on February 26, 2015 sent the undersigned a pre-motion letter, to which K&K's response was due on April 2, 2015, pursuant to your Honor's Individual Practices Civil Rules and one prior extension. (See Docket No. 86). XL's response to K&K's counterclaims is now due April 6, 2015 due to the prior extension. (See Docket No. 86).

After the settling parties moved for approval and disbursement of funds, Proposed Intervenors-Appellants Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC (together, "Knox/DJW") who have appealed the Court's denial of their motion to intervene, requested a pre-motion conference for permission to move to stay the disbursement of interpleaded funds pending their appeal. (See Docket nos. 68, 84, 90). The settling parties oppose any such motion by Knox/DJW. (See Docket nos. 91-95).

1045684.1

Honorable Analisa Torres
April 3, 2015
Page 2

    Approval of the settlement agreement and the ensuing disbursement of the interpleaded funds would moot the need for XL to file any response to K&K's Counterclaims.

    Accordingly, we request an extension of time for the responses relating to K&K's counterclaims against XL. In particular, we ask that you extend (1) the time for K&K's response to XL's pre-motion letter, to two weeks after the Court's order or orders resolving both the parties' motion for approval of the settlement agreement (Docket no. 89) and any motion to stay the disbursement of funds which Knox/DJW might submit (see Docket no. 90), and (2) the time for XL's response thereto, to one week after K&K's response to XL's pre-motion letter.

    As set forth above, there has been one previous request to extend these response times. Counsel for XL has informed me that it consents to the present request.

    Thank you for your attention to this matter.

Respectfully yours,

/s/ Edward J. Stein

Edward J. Stein

cc:    Hon. Analisa Torres (Torres_NYSDChambers@nysd.uscourts.gov)
       All Counsel of Record (via ECF)

GRANTED. The parties shall adhere to the deadlines set forth above.

SO ORDERED.

Dated: April 8, 2015
      New York, New York

**ANALISA TORRES**
United States District Judge

1045684.1