

April 16, 2015

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *XL Specialty Insurance Company v. Lakian, et al.*
Civil Action No. 14-cv-5225

Dear Judge Torres:

We write on behalf of and with the consent of all parties. On Monday, April 13, 2015, all parties to the above-captioned action and non-parties, Knox and DJW, participated in the Second Circuit's mandatory mediation program before the appointed mediator. As this Court is aware, the parties in the above-captioned proceedings have reached a settlement, the approval of which is currently pending with this Court. At the mediation, the parties proposed to the non-parties terms on which they could resolve their dispute and thereby moot Knox's and DJW's appeal of this Court's denial of their motion to intervene. Unfortunately, those terms were not accepted by Knox and DJW at the mediation.

In light of the failure of the mediation, the parties continue to believe that the settlement presented to the Court remains the best negotiated outcome, and we respectfully request that the Court approve the proposed settlement.

Respectfully submitted,

*s/ Brian J. Osias*

Brian J. Osias

cc: All Counsel of Record (via ECF)

Brian J. Osias
Partner
T. 973-639-6956
F. 973-297-3904
bosias@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC