# COLLIER, HALPERN, NEWBERG & NOLLETTI, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
(914) 684-6800
FAX (914) 684-6986
http://www.chnnb.com

PHILIP M. HALPERN (ALSO CT)
DAVID A. NEWBERG
HARRY J. NICOLAY, JR. (ALSO NJ)
JAMES J. NOLLETTI †
SCOTT M. SALANT (ALSO MA)

† Fellow, American Academy of Matrimonial Lawyers

HOWARD S. BONFIELD (ALSO NJ)
EFREM Z. FISCHER (ALSO NJ)
ANDREW H. FRIED
EILEEN GONG (ALSO CA)
SHARI B. HOCHBERG (ALSO NJ)
ALEXANDRA M. MAXWELL (ALSO CT)

WILLIAM J. COLLIER, JR. (ALSO CT)
  SENIOR COUNSEL

HON. PETER P. ROSATO (ret.)
LEWIS W. SIEGEL
  COUNSEL

NEW YORK OFFICE:
630 THIRD AVENUE - 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 431-1300
FAX: (212) 696-4064

CONNECTICUT OFFICE:
1111 SUMMER STREET
STAMFORD, CT 06905
(203) 348-5255

PAUL J. MONSELL (1948-1993)
DONALD L. WALLACE (1925-2002)

April 16, 2015

**VIA ELECTRONIC FILING AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District Of New York
500 Pearl Street
New York, New York 10007

>    Re:   **XL Specialty Insurance Company v. John R. Lakian,
>          Diane W. Lamm, & Kobre & Kim LLP (S.D.N.Y.) (14-CV-5225)**

Dear Judge Torres:

Proposed Intervenors-Appellants Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC (collectively "Appellants") write in response to the letter that was electronically filed earlier today by Brian J. Osias, in which he, on behalf of all parties to the interpleader action, "request[s] that the Court approve the proposed settlement" that was filed with this Court on March 19, 2015.

As counsel is well aware, on March 20, 2015 (one day after the proposed settlement was filed with this Court), Appellants, in accordance with this Court's Individual Rules of Practice, submitted a five-page letter requesting a pre-motion conference for permission to move to stay the disbursement of the interpleaded funds presently deposited with the Court's Registry pending the disposition of the Appellants' Second Circuit appeal of this Court's January 15, 2015 Memorandum And Order denying Appellants' motion to intervene.

As the letter from Mr. Osias completely ignores Appellants' request for a pre-motion conference, Appellants hereby reiterate their request for such a pre-motion conference, and strenuously oppose - - and seek a stay of - - any distribution of the interpleaded funds for the reasons stated in Appellants' March 20, 2015 letter.

Very truly yours,

Philip M. Halpern

cc: All counsel of record (via electronic filing)