```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

JOHN R. LAKIAN, DIANE W. LAMM, and KOBRE & KIM LLP,

                Defendants,

-and-

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C., BRIEF CARMEN & KLEIMAN, LLP, and MERRILL COMMUNICATIONS, LLC,

                Intervening Defendants.

KOBRE & KIM LLP,

                Counterclaim Plaintiff,

-against-

XL SPECIALTY INSURANCE COMPANY,

                Counterclaim Defendant.

14 Civ. 5225 (AT)

**ORDER AND FINAL JUDGMENT FOR <u>DISBURSEMENT</u>**

ANALISA TORRES, District Judge:

    WHEREAS, XL Specialty Insurance Company ("XL Specialty") filed this interpleader action on July 14, 2014 (the "Interpleader Action");

    WHEREAS, in connection with this Interpleader Action, XL Specialty has deposited $1,372,596.10, which it represents is the remaining limit of a liability insurance policy issued to

Capital L Group, LLC (the "Policy"), into the account of the Court (the "Interpleaded Funds"), and it seeks a ruling discharging itself from any further liability and adjudicating the respective rights and obligations of other parties regarding the Interpleaded Funds;

WHEREAS, John R. Lakian ("Lakian"), Diane W. Lamm ("Lamm"), Kobre & Kim LLP ("Kobre & Kim," and together, with Lakian and Lamm, the "Defendants"), Eiseman Levine Lehrhaupt & Kakoyiannis ("Eiseman Levine"), Brief Carmen & Kleiman, LLP ("Brief Carmen"), and Merrill Communications, LLC ("Merrill," and collectively, the "Parties") have made claims to the Interpleaded Funds;

WHEREAS, this Court has held that neither Knox, LLC d/b/a Knox, LLC of New York ("Knox") nor DJW Advisors, LLC ("DJW") has a legitimate claim to the Interpleaded Funds and denied Knox and DJW's request to intervene in this Interpleader Action;

WHEREAS, this Court granted Eiseman Levine, Brief Carmen, and Merrill's (the "Intervening Defendants") requests to intervene in this Interpleader Action;

WHEREAS, Kobre & Kim filed an answer and counterclaims against XL Specialty;

WHEREAS, Eiseman Levine, Brief Carmen, and Merrill filed answers;

WHEREAS, the Parties have reached a global settlement of the claims and counterclaims, reflected by the terms of the Settlement Agreement dated and filed with this Court on March 19, 2015 (the "Settlement Agreement");

WHEREAS, the Settlement Agreement provides that the Parties agree that the Interpleaded Funds shall be disbursed as follows:

    a. Kobre & Kim will receive $650,000.00;

2

b. Eiseman Levine will receive $145,260.17;

c. Brief Carmen will receive $56,713.16;

d. Merrill will receive $66,977.00;

e. McCarter & English LLP will receive $136,906.02; and

f. The balance of the Interpleaded Funds, including any interest that has accumulated since the funds were deposited with the Court, will be deposited into an escrow account in the custody and care of Brief Carmen for the benefit of Lakian and Lamm pursuant to the escrow agreement attached to the Settlement Agreement;

WHEREAS, this Court GRANTED the parties' joint motion to disburse the funds and ordered the parties to submit jointly this judgment;

WHEREAS, this Court DENIED Knox and DJW's request for a pre-motion conference in anticipation of their proposed motion to stay the disbursement of the funds;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Settlement Agreement is SO ORDERED and its terms and provisions are incorporated herein;

2. The Clerk of the Court shall disburse the Interpleaded Funds as follows:

   a. $650,000.00 shall be paid to Kobre & Kim, LLP and mailed to:

   Steven G. Kobre
   Jonathan D. Cogan
   Kobre & Kim LLP
   800 Third Avenue
   New York, New York 10022

   b. $145,260.17 shall be paid to Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. and mailed to:

3

      Eric R. Levine
      Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.
      805 Third Avenue
      New York, New York 10022

c.  $56,713.16 shall be paid to Brief Carmen & Kleiman, LLP and mailed to:

      Richard E. Carmen
      Ira Kleiman
      Brief Carmen & Kleiman, LLP
      805 Third Avenue, 12th Floor
      New York, New York 10022

d.  $66,977.00 shall be paid to Merrill Communications, Inc. and mailed to:

      Marc D. Youngelson
      Cosner Youngelson
      197 Route 18, Suite 104
      East Brunswick, New Jersey 08816

e.  $136,906.02 shall be paid to McCarter & English, LLP and mailed to:

      Brian J. Osias
      McCarter & English, LLP
      Four Gateway Center
      100 Mulberry St.
      Newark, New Jersey 07102

f.  The balance of the Interpleaded Funds, including any interest that has accumulated since the funds were deposited with the Court, shall be paid to Brief Carmen & Kleiman LLP and mailed to:

      Richard E. Carmen
      Ira Kleiman
      Brief Carmen & Kleiman, LLP
      805 Third Avenue, 12th Floor
      New York, New York 10022

Brief Carmen shall deposit these funds in an escrow account in the custody and care of Brief Carmen for the benefit of Lakian and Lamm in accordance with the terms of the escrow agreement attached to the Settlement Agreement.

3.  The Interpleader Action and Kobre & Kim's counterclaims are DISMISSED.

SO ORDERED.

Dated: April 28, 2015
      New York, New York

_____
ANALISA TORRES
United States District Judge