# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:14-cv-05225-AT

———

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand and fifteen.

Before:     Peter W. Hall,
                  *Circuit Judge.*

_____

XL Specialty Insurance Company,

Plaintiff-Counter-Defendant-Appellee,

v.

John R. Lakian, *et al.*,

Defendants-Appellees,

v.

Knox, LLC, DBA Knox, LLC of New York, DJW Advisors, LLC,

Intervenors-Appellants.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 29, 2015

**ORDER**

Docket No. 15-495

    Appellants have filed an emergency motion for a stay of the district court's disbursement of interpleaded proceeds pending this Court's disposition of their appeal of the district court's order denying Appellants' motion for intervention. Appellants also request an interim stay of the district court's disbursement pending the Court's decision on this stay application.

    IT IS HEREBY ORDERED that the motion for a stay of the district court's disbursement of interpleaded proceeds pending appeal is REFERRED to a three-judge motions panel. IT IS FURTHER ORDERED that a temporary stay of the district court's disbursement of the interpleaded proceeds is granted, pending determination of the motion for a stay pending appeal by the panel. Any opposition to the Appellants' motion for a stay pending appeal must be filed by Tuesday, May 5, 2015.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

CERTIFIED COPY ISSUED ON 04/29/2015