Case 1:14-cv-05225-AT Document 107 Filed 07/02/15 Page 1 of 1

S.D.N.Y.-N.Y.C.
14-cv-5225
Torres, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand fifteen.

Present:
    Reena Raggi,
    Debra Ann Livingston,
    Raymond J. Lohier, Jr.,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 02, 2015

---

XL Specialty Insurance Company,
    *Plaintiff-Counter-Defendant-Appellee*,

    v.            15-495

John R. Lakian, Diane W. Lamm,
    *Defendants-Appellees*,

Kobre & Kim, LLP,
    *Defendant-Counter-Claimant-Appellee*,

Merrill Communications, et al.,
    *Intervenors-Appellees*,

    v.

Knox, LLC, et al.,
    *Intervenors-Appellants*.

---

Appellants move for a stay pending appeal. It is hereby ORDERED that Appellants' motion is GRANTED and the district court's order is STAYED for the duration of the appeal. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 07/02/2015