UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

XL SPECIALTY INSURANCE COMPANY,

                              Plaintiff,                    **RULE 7.1 CORPORATE**
                                                                  **DISCLOSURE STATEMENT**

      v.

JOHN R. LAKIAN, DIANE W. LAMM, KOBRE          14 Civ. 5225 (ANT)
& KIM LLP, EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C., BRIEF CARMEN &
KLEIMAN, LLP, MERRILL COMMUNICATIONS,
LLC, KNOX, LLC D/B/A KNOX, LLC OF NEW YORK,
and DJW ADVISORS, LLC,

                              Defendants.
------------------------------------------------------------------------x

        Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendants Knox, LLC d/b/a Knox, LLC of New York ("Knox") and DJW Advisors, LLC ("DJW") hereby certifies that: (a) Knox has no parent corporation, and no publicly held corporation owns ten percent or more of its stock; and (b) DJW has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: White Plains, New York
          December 22, 2015

                                                    **COLLIER, HALPERN,**
                                                    **NEWBERG & NOLLETTI, LLP**

                                                    Attorneys for Defendants
                                                    Knox, LLC d/b/a Knox, LLC of
                                                     New York and DJW Advisors, LLC

                                                   By: _____
                                                      Philip M. Halpern (PH 2658)
                                                   A Member of the Firm
                                                   One North Lexington Avenue
                                                   White Plains, New York 10601
                                                   (914) 684-6800