UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

XL SPECIALTY INSURANCE COMPANY,

                      Plaintiff,                **NOTICE OF**
                                                                **APPEARANCE**

      v.

JOHN R. LAKIAN, DIANE W. LAMM, KOBRE        14 Civ. 5225 (ANT)
& KIM LLP, EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C., BRIEF CARMEN &
KLEIMAN, LLP, MERRILL COMMUNICATIONS,
LLC, KNOX, LLC D/B/A KNOX, LLC OF NEW YORK,
and DJW ADVISORS, LLC,

                      Defendants.
-------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Knox, LLC d/b/a Knox, LLC of New York and DJW Advisors, LLC in the above-captioned matter, and requests that you serve copies of all papers herein on the undersigned in that capacity.

Dated: White Plains, New York
       December 22, 2015

                                                  **COLLIER, HALPERN,**
                                                **NEWBERG & NOLLETTI, LLP**

                                                Attorneys for Defendants
                                               Knox, LLC d/b/a Knox, LLC of
                                               New York and DJW Advisors, LLC

                                               By: _____
                                               Howard S. Bonfield (HB 6027)
                                               One North Lexington Avenue
                                               White Plains, New York 10601
                                               (914) 684-6800