UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN R. LAKIAN; DIANE W. LAMM, & KOBRE & KIM LLP; EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.; BRIEF CARMEN & KLEIMAN, LLP; MERRILL COMMUNICATIONS, LLC; KNOX, LLC D/B/A KNOX, LLC OF NEW YORK, and DJW ADVISORS, LLC,<br><br>      Defendants, | **STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL**<br><br>ECF CASE<br>14-Civ-5225(AT) |
| KOBRE & KIM LLP,<br><br>      Counterclaim Plaintiff<br><br>  v.<br><br>XL SPECIALTY INSURANCE COMPANY,<br><br>      Counterclaim Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that subject to approval by the court, Jonathan D. Cogan, Esq., of the law firm of Kobre & Kim LLP, 800 Third Avenue, New York, NY 10022, is hereby substituted in place of Edward Stein, Esq., of the law firm of Anderson Kill PC, 1251 Avenue of the Americas, New York, NY 10020, as counsel of record for Defendant / Counterclaim Plaintiff Kobre & Kim LLP in the above-captioned matter.

PLEASE TAKE NOTICE that all future pleadings and other papers shall be served on Jonathan D. Cogan, Esq. at the address indicated below.

Dated: January 10, 2016

ANDERSON KILL PC

By: _____

Edward Stein
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-278-1000
Email: estein@andersonkill.com

*Outgoing Counsel for Kobre & Kim LLP*

KOBRE & KIM LLP

By: _____

Jonathan D. Cogan
800 Third Avenue
New York, NY 10022
Tel: 212-488-1200
Email: jonathan.cogan@kobrekim.com

*Incoming Counsel for Kobre & Kim LLP*

---

The substitution of attorney is hereby approved and SO ORDERED.

_____          January __, 2016
The Honorable Analisa Torres