# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

January 14, 2016

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   XL Specialty Ins. Co. v. Lakian, et al., 14-CV-5225 (AT)

Dear Judge Torres,

We write jointly on behalf of ourselves and Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. in response to Pangea Capital Management, LLC's ("Pangea") January 7, 2016 letter, seeking leave to file a motion to intervene. Although Kobre & Kim LLP and Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. dispute that Pangea is actually entitled to any of the interpleaded proceeds, in light of the Second Circuit's December 8, 2015 summary order (Docket Entry 104), Kobre & Kim LLP and Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. do not oppose Pangea's intervention into these proceedings.

Respectfully submitted,

KOBRE & KIM LLP

Jonathan D. Cogan
+ 1 212 488 1200

EISEMAN LEVINE LEHRHAUPT
& KAKOYIANNIS, P.C.

Eric R. Levine /JHY
+ 1 212 752 1000