UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/16
```

XL SPECIALTY INSURANCE COMPANY,

　　　　　　　Plaintiff,

v.

JOHN R. LAKIAN; DIANE W. LAMM, & KOBRE & KIM LLP; EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.; BRIEF CARMEN & KLEIMAN, LLP; MERRILL COMMUNICATIONS, LLC; KNOX, LLC D/B/A KNOX, LLC OF NEW YORK, and DJW ADVISORS, LLC,

　　　　　　　Defendants,

KOBRE & KIM LLP,

　　　　　　　Counterclaim Plaintiff

v.

XL SPECIALTY INSURANCE COMPANY,

　　　　　　　Counterclaim Defendant.

STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

ECF CASE
14-Civ-5225(AT)

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that subject to approval by the court, Jonathan D. Cogan, Esq., of the law firm of Kobre & Kim LLP, 800 Third Avenue, New York, NY 10022, is hereby substituted in place of Edward Stein, Esq., of the law firm of Anderson Kill PC, 1251 Avenue of the Americas, New York, NY 10020, as counsel of record for Defendant / Counterclaim Plaintiff Kobre & Kim LLP in the above-captioned matter.

PLEASE TAKE NOTICE that all future pleadings and other papers shall be served on Jonathan D. Cogan, Esq. at the address indicated below.

Dated: January 10, 2016

| ANDERSON KILL PC | KOBRE & KIM LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Edward Stein | Jonathan D. Cogan |
| 1251 Avenue of the Americas | 800 Third Avenue |
| New York, NY 10020 | New York, NY 10022 |
| Tel: 212-278-1000 | Tel: 212-488-1200 |
| Email: estein@andersonkill.com | Email: jonathan.cogan@kobrekim.com |
| *Outgoing Counsel for Kobre & Kim LLP* | *Incoming Counsel for Kobre & Kim LLP* |

SO ORDERED.

The Clerk of Court is directed to remove Edward Stein's appearance from the docket and name from the ECF distribution list.

Dated: January 20, 2016
      New York, New York

                                            ANALISA TORRES
                                  United States District Judge