## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **XL Specialty Ins. Co. v. Lakian et al.**　　　Docket No.: **14-Civ-5225**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Steven G. Kobre**

Firm: **Kobre & Kim LLP**

Address: **800 Third Avenue, New York, New York, 10022**

Telephone: **212-488-1202**　　　Fax: **212-488-1220**

E-mail: **steven.kobre@kobrekim.com**

Appearance for: **Kobre & Kim LLP, defendant/counterclaim plaintiff**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Jonathan D. Cogan, Kobre & Kim LLP** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **April 14, 2014** _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *Steven G. Kobre / JHY*

Type or Print Name: **Steven G. Kobre**