**KOBRE & KIM LLP**

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

January 25, 2016

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>XL Specialty Ins. Co. v. Lakian, et al.</u>, 14-CV-5225(AT)

Dear Judge Torres,

 We write on behalf of Kobre & Kim LLP to respectfully request that the Court schedule a status conference. As "[t]here is no set procedure" for interpleader actions, 7 Fed. Prac. & Proc. Civ. § 1714 (3d ed.), we seek the Court's guidance as to the appropriate next steps, including, *inter alia*, the scope and necessity of any discovery and the scheduling of dispositive motion deadlines.

 We have conferred with counsel to all other parties in this action, including proposed intervenor Pangea Capital Management, LLC, and all are available at 3:00PM on February 23, 2016 or at 10:00AM or 3:00PM on February 24, 2016, which are dates and times that we understand from Michael McDonald that the Court is also available.

           Respectfully submitted,

           /s/ Jonathan Cogan
           Jonathan D. Cogan
           + 1 212 488 1200