N.Y.S.D. Case #
14-cv-5225(AT)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of January, two thousand and sixteen.

_____

XL Specialty Insurance Company,

    Plaintiff-Counter-Defendant - Appellee,

v.

John R. Lakian, Diane W. Lamm,

    Defendants - Appellees,

Kobre & Kim LLP,

    Defendant-Counter-Claimant - Appellees,

Merrill Communications, Eiseman Levine Lehrhaupt & Kakoyiannis, P.C., Brief Carmen & Kleiman, LLP,

    Intervenors - Appellees,

v.

Knox, LLC, DBA Knox, LLC of New York, DJW Advisors, LLC,

    Intervenors - Appellants.

_____

**STATEMENT OF COSTS**
Docket No. 15-495

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 27, 2016

    IT IS HEREBY ORDERED that costs are taxed in the amount of $1,086.70 in favor of the Intervenors-Appellants.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/27/2016