USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

-against-

JOHN R. LAKIAN, DIANE W. LAMM, and
KOBRE & KIM LLP,

                Defendants,

-and-

EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C., BRIEF CARMEN &
KLEIMAN, LLP, MERRILL
COMMUNICATIONS, LLC, KNOX, LLC d/b/a KNOX,
LLC OF NEW YORK, and DJW ADVISORS, LLC,

                Intervening Defendants.

KOBRE & KIM LLP,

                Counterclaim Plaintiff,

-against-

XL SPECIALTY INSURANCE COMPANY,

                Counterclaim Defendant.

14 Civ. 5225 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to the Second Circuit's summary order dated January 11, 2016, ECF No. 109, and having reviewed the parties' and Proposed Intervenor Pangea Capital Management, LLC ("Pangea")'s letters dated January 7, 13, and 14, 2016, it is ORDERED that:

    1.  The Court's order denying Knox, LLC and DJW Advisors, LLC's motion to intervene, ECF No. 68, is VACATED, and the motion is GRANTED for the reasons stated in the Second Circuit order;

2. The Court's order and final judgment for disbursement, ECF No. 101, is VACATED; and

3. Construing Pangea's letter dated January 7, 2016, ECF No. 108, as a motion to intervene, the motion is GRANTED.

SO ORDERED.

Dated: February 1, 2016
New York, New York

_____
ANALISA TORRES
United States District Judge