UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                             :

XL SPECIALTY INSURANCE COMPANY,    :  **RULE 7.1 DISCLOSURE**
                                             :  **STATEMENT**

                    Plaintiff,          :

                                             :  14 Civ. 5225 (ANT)

           v.                           :

JOHN R. LAKIAN, DIANE W. LAMM, KOBRE &amp;  :
KIM, LLP, EISEMAN LEVINE LEHRHAUPT &amp;
KAKOYIANNIS, P.C., BRIEF CARMEN &amp; KLEIMAN,:
LLP, MERRILL COMMUNICATIONS, LLC, KNOX  :
LLC D/B/A KNOX, LLC OF NEW YORK, DJW
ADVISORS, LLC, and PANGEA CAPITAL           :
MANAGEMENT, LLC
                                             :
                  Defendants.      :
                                             :
------------------------------------------------------------------ X

        In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for petitioner Pangea Capital Management, LLC states that no parent corporation and no publicly-held corporation owns 10% or more of the membership interests of Pangea Capital Management, LLC.

Dated:  New York, New York
          February 9, 2016

                                        **INGRAM YUZEK GAINEN**
                                        **CARROLL &amp; BERTOLOTTI, LLP**

                                        By: _____
                                             Dean G. Yuzek
                                             Caitlin L. Bronner
                                        *Attorneys for Defendant*
                                         *Pangea Capital Management, LLC*
                                        250 Park Avenue
                                        New York, New York 10177
                                        (212) 907-9600
                                        dyuzek@ingramllp.com
                                        cbronner@ingramllp.com